IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02315-RBJ-MJW

BRUCE BROWN,

Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE INC., a Pennsylvania corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In view of the Notice of Settlement (Docket No. 7), the court hereby VACATES the scheduling conference set for October 31, 2012 at 1:30 p.m.  The parties are ORDERED to file dismissal papers on or before October 26, 2012.

Date: October 9, 2012